# Proceeding Minutes / Proceeding Memo

*Case #:* 13-05041   *Case Name:* Anderson v. Anderson
*Set:* 02/27/2014 09:00 am   *Chapter:*   *Type:* ap   *Judge* Katharine M. Samson
*matter*   Motion to Extend Time Filed by Plaintiff Sherri Anderson  Dkt. #11

Response filed by William D. Anderson (Dkt. #13)

---

Minute Entry Re: (related document(s): [11] Motion to Extend Time filed by Sherri Anderson) Appearance : William D. Anderson. Court will grant motion for 60 day extension. Court will prepare order. Tickle for date: 03/13/2014. (cevans)