## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**SHERRI ANDERSON**                                              **Plaintiff**

**VERSUS**                                          **ADV. PROC. No.:13-05041**

**WILLIAM D. ANDERSON**                                   **Defendant**

### NOTICE OF DEPOSTION OF WILLIAM ANDERSON

PLEASE TAKE NOTICE that on the **25**[th] **of April, 2014**, at office of Hawkins | Gibson, PLLC, located at **153 Main St. Bay St. Louis, MS 39520**, commencing at **11:00 o'clock a.m.** and continuing day to day, until complete, Sherri Anderson, through undersigned counsel, will take the deposition of **William Anderson** by videographic and/or stenographic recording before a Notary Public or other officer authorized to administer oaths, or by any means permissible under the Mississippi Code of Civil Procedure. The deposition will be conducted pursuant to the Mississippi Code of Civil Procedure. You are hereby invited to attend and participate, as you deem fit and proper.

RESPECTFULLY SUBMITTED, this the 16th day of April, 2014.

PLAINTIFF, SHERRI ANDERSON
*/s/Edward Gibson*
BY: EDWARD GIBSON, ESQ., MSB# 100640
HAWKINS | GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
(228) 467-4225; Fx: (228) 467-4212

### CERTIFICATE OF SERVICE

1

I DO HEREBY CERTIFY that on this day I caused to be served via U.S. First Class Mail, postage prepaid, a true and correct copy of the foregoing *Notice of Deposition* to all known parties of record as indicated below.

William D. Anderson
16208 Henri Court
Biloxi, MS 39532

SO CERTIFIED, this the 16th day of April, 2014.

*/s/ Edward Gibson*
Edward Gibson, Esq.